IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| UNDER ARMOUR, INC. | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:12-cv-01283-JKB |
| BODY ARMOR NUTRITION, LLC | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Donald A. Rea, am a member in good standing of the bar of this Court. My bar number is 23194. I am moving the admission of Amanda M. Bartlett to appear *pro hac vice* in this case as counsel for Body Armor Nutrition, LLC..

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| **State Court & Date of Admission** | **U.S. Court & Date of Admission** |
|---|---|
| New York State, January 20, 2010 | SDNY, November 23, 2010 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or Charles O. Monk, II (Bar No. 00913), who is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. The $50.00 fee for admission pro hac vice is enclosed.

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *(signature)* | *(signature)* |
| Donald A. Rea (Bar No. 23194) | Amanda M. Bartlett |
| SAUL EWING LLP | DEBEVOISE & PLIMPTON, LLC |
| 500 East Pratt Street, 8th Floor | 919 Third Avenue |
| Baltimore, MD 21202 | New York, NY 10022 |
| 410-332-8680 (Phone) | 212-909-6696 (Phone) |
| 410-332-8078 (Fax) | 212-521-7696 (Fax) |
| drea@saul.com | AMBartlett@debevoise.com |
| *Counsel for Body Armor Nutrition, LLC* | *Counsel for Body Armor Nutrition, LLC* |