IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNDER ARMOUR, INC. | * | |
| vs. | * | Case No. : 1:12-cv-01283-JKB |
| BODY ARMOR NUTRITION, LLC | * | |

\*\*\*\*\*\*

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for: Body Armor Nutrition, LLC

I certify that I am admitted to practice in this court.

_May 11, 2012_  
Date

_Donald A. Rea_ (signature)  
Signature of Counsel

| Donald A. Rea | 23194 |
|---|---|
| Print Name | Bar Number |

SAUL EWING LLP  
Firm Name

500 East Pratt St., 8th Floor  
Address

Baltimore, MD 21202  
City/State/Zip

410-332-8680  
Phone No.

410-332-8078  
Fax No.

drea@saul.com  
Email Address