IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Under Armour, Inc                    *

vs.                                  *         Case No.

Body Armor Nutrition, LLC            *
                              ******

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for: Defendant

I certify that I am admitted to practice in this court.

_5/14/2012_
Date

_[signature]_
Signature of Counsel

_JEFFREY R Cohen    13869_
Print Name           Bar Number

_MWZB_
Firm Name

_2200 Clarendon Blvd_
Address

_Arlington VA 22201_
City/State/Zip

_703 245-6333_
Phone No.

_703 243-6416_
Fax No.

_Cohen@mwzb.com_
Email Address