IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

------------------------------- x

**UNDER ARMOUR, INC.**
1020 Hull Street
Baltimore, Maryland 21230

        Plaintiff,

v.

**BODY ARMOR NUTRITION, LLC.**
630 Clinton Place
Beverly Hills, California 90210

        Defendant.

------------------------------- x

1:12-cv-01283-JKB

ECF Case

## STIPULATED ORDER EXTENDING TIME FOR DEFENDANT BODY ARMOR NUTRITION, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

Plaintiff Under Armour, Inc. (hereinafter, "Plaintiff" or "Under Armour") and Defendant Body Armor Nutrition, Inc. (hereinafter, "Defendant" or "Body Armor") hereby stipulate to the following requested extension of Defendant's Answer to Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 6(b), and state the following in support thereof:

    1.    Plaintiff filed the Complaint in the instant litigation on or around April 26, 2012.

    2.    Defendant filed a Waiver of the Service of Summons on May 17, 2012, waiving personal service of process and acknowledging Plaintiff's consent to the filing of an Answer to the Complaint on or before June 26, 2012.

    3.    The time for filing Defendant's Answer to the Complaint has not

expired under the terms of Fed. R. Civ. Proc. 6(b).

4.  Plaintiff and Defendant hereby agree to an extension of the deadline on which Defendant's Answer can be filed until on or before July 17, 2012, in order for the parties to engage in settlement negotiations.

WHEREFORE, for good cause shown and pursuant to Fed. R. Civ. Proc. 6, Plaintiff and Defendant jointly request that this Court extend the time for the filing of Defendant's Answer to the Complaint until on or before July 17, 2012.

Respectfully submitted,

/s/
Douglas A. Rettew (Fed. Bar No. 29815)
Danny M. Awdeh
Finnegan, Henderson, Farabow,
   Garret & Dunner, LLP
901 New York Avenue, NW
Washington, D.C. 20001-4413
Tel.: (202) 408-4000
doug.rettew@finnegan.com
danny.awdeh@finnegan.com

*Attorneys for Plaintiff Under Armour, Inc.*

/s/
Donald A. Rea (Fed. Bar No. 23194)
Saul Ewing LLP
500 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Tel: (410) 332-8600
drea@saul.com

David H. Bernstein
Jyotin Hamid
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6696
dhbernstein@debevoise.com
jhamid@debevoise.com

Jeffrey R. Cohen (Fed. Bar No. 13869)
Millen, White, Zelano & Branigan
2200 Clarendon Boulevard, Suite 1400
Arlington, Virginia 22201
Tel: (703) 243-6333
cohen@mwzb.com
*Attorneys for Defendant Body Armor Nutrition, LLC*

**SO ORDERED this \_\_\_ day of June, 2012:**

                                                                                              _____
Hon. James K. Bredar
United States District Court for the
   District of Maryland, Northern Division