**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

UNDER ARMOUR, INC.                          *

        **vs.**                          *          **Case No.**    1:12-cv-01283-JKB

 BODY ARMOR NUTRITION, LLC.          *
                          **\*\*\*\*\*\***

## DISCLOSURE OF CORPORATE INTEREST

***Check all that apply:***

☒     I certify, as party/counsel in this case that  **Body Armor Nutrition, LLC**
                                           (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association,

partnership or other business entity, not a party to the case, has a financial interest in the outcome

of this litigation as defined in Local Rule 103.3 (D. Md.)

☐     The following corporate affiliations exist with _____:
                                           (name of party)
_____.
                              (names of affiliates)
☐     The following corporations, unincorporated associations, partnerships or other business

entities which are not parties may have a financial interest in the outcome of this litigation:

_____
             (names of entities with possible financial interests)

Dated: New York, New York
       July 12, 2012

                          By:     /s/ David H. Bernstein
Donald A. Rea  (Fed. Bar No 23194)   David H. Bernstein (admitted *pro hac vice*)
SAUL EWING LLP                Jyotin Hamid (admitted *pro hac vice*)
drea@saul.com                 DEBEVOISE & PLIMPTON LLP
500 East Pratt Street, Suite 900      919 third Avenue
Baltimore, Maryland  21202        New York, NY 10022
                          (212) 909-6000

                          *Attorneys for Defendant*
                          *Body Armor Nutrition LLC*