IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Under Armour, Inc.
_____  *

**Plaintiff(s)**
                                 *   Case No.: 1:12-cv-01283-JKB
vs.
                                 *
Body Armor Nutrition, LLC_____
         **Defendant(s)**        *

\*\*\*\*\*\*

**MOTION FOR ADMISSION *PRO HAC VICE***

I, __Douglas A. Rettew__, am a member in good standing of the bar of this Court.

My bar number is __29815__. I am moving the admission of __Mark Sommers__

_____ to appear *pro hac vice* in this case as

counsel for Under Armour, Inc._____.

   We certify that:

1.   The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2.   The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| **State Court & Date of Admission** | **U.S. Court & Date of Admission** |
|---|---|
| See attached. | |
| | |
| | |

3.   During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

4.   The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5.    The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.    The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.    Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.    **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9.    We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _signature_ | _signature_ |
| Signature | Signature |
| Douglas A. Rettew | Mark Sommers |
| Printed Name | Printed Name |
| Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| Firm | Firm |
| 901 New York Avenue, NW | 901 New York Avenue, NW |
| Address | Address |
| Washington, DC 20001 | Washington, DC 20001 |
| City, State, Zip Code | City, State, Zip Code |
| (202) 408-4000 | (202) 408-4000 |
| Telephone Number | Telephone Number |
| (202) 408-4400 | (202) 408-4400 |
| Fax Number | Fax Number |
| doug.rettew@finnegan.com | mark.sommers@finnegan.com |
| Email Address | Email Address |

**Bar Admissions for Mark Sommers**

**State**
Supreme Court of Illinois (Bar No. 06183908; Admitted in 1982)
Superior Court of New York (Bar No. 20138929; Admitted in 1985)
Supreme Court of Massachusetts (Bar No. 545297; Admitted in 1985)
District of Columbia Court of Appeals (Bar No. 420169; Admitted in 1989)

**Federal**
U.S. District Court for the Eastern District of New York (1986)
U.S. District Court for the Northern District of Illinois (1987)
U.S. District Court for the Western District of Michigan (1992)
U.S. Court of Appeals for the Federal Circuit (1998)