# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| UNDER ARMOUR, INC.<br><br>Plaintiff,<br><br>v.<br><br>BODY ARMOR NUTRITION, LLC<br><br>Defendant. | Case No.: 1:12-cv-01283-JKB |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Christopher S. Gunderson of Saul Ewing LLP as counsel on behalf of Defendant Body Armor Nutrition, LLC. I certify that I am admitted to practice in this court.

Dated: August 1, 2012

Respectfully submitted,

/s
Christopher S. Gunderson (Bar No. 27323)
Saul Ewing LLP
Lockwood Place
500 East Pratt Street
Baltimore, Maryland 21202-8163
P: 410-332-8919
F: 410-332-8163
cgunderson@saul.com