IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Under Armour, Inc. | * | |
| vs. | * | Case No. :1:12-cv-01283-JKB |
| Body Armor Nutrition, LLC | * | |
| | ****** | |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for: Under Armour, Inc.

I certify that I am admitted to practice in this court.

_September 20, 2012_
*Date*

_[signature]_
*Signature of Counsel*

| | |
|---|---|
| Cynthia A. Raposo | 06812 |
| *Print Name* | *Bar Number* |

Under Armour, Inc.
*Firm Name*

1020 Hull Street
*Address*

Baltimore, MD  21230
*City/State/Zip*

(410) 454-6649
*Phone No.*

(410) 246-5922
*Fax No.*

craposo@underarmour.com
*Email Address*