## CERTIFICATE OF SERVICE

This is to certify that on November 5, 2012, I caused a copy of Body Armor Nutrition, LLC's Amended Answer to be served via ECF, with courtesy copy via Federal Express Overnight Delivery upon:

Douglas A. Rettew
Danny M. Awdeh
FINNEGAN, HENDERSON,
   FARABOW, GARRETT &
   DUNNER, L.L.P.
901 New York Ave, N.W.
Washington, D.C. 20001-4413
Ph. (202) 408-4000

Executed this 5th day of November, 2012 in New York, New York.

_____
Amanda M. Bartlett