## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Under Armour, Inc.                                                    *

_____

**Plaintiff(s)**                                                        *        Case No.:   1:12-cv-01283-JKB

**vs.**                                                                      *

Body Armor Nutrition, LLC                                      *

_____

**Defendant(s)**                                                     *

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I,  Douglas A. Rettew   , am a member in good standing of the bar of this Court.

My bar number is   29815            I am moving the admission of ___ W. Mack Webner ___

_____to appear *pro hac vice* in this case as

counsel for  Under Armour, Inc.                                                                                     .

We certify that:

1.      The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2.      The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| **State Court & Date of Admission** | **U.S. Court & Date of Admission** |
|---|---|
| Please see attached for Court Admissions. | |
| | |
| | |

3.      During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court     0          times.

4.      The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5.      The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.      Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.      **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9.      We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

MOVANT

_____
Signature

Douglas A. Rettew
Printed Name

Finnegan Henderson Farabow, Garrett & Dunner, LLP
Firm

901 New York Avenue, NW
Address

Washington, DC 20001
City, State, Zip Code

(202) 408-4000
Telephone Number

(202) 408-4400
Fax Number

doug.rettew@finnegan.com
Email Address

PROPOSED ADMITTEE

_____
Signature

W. Mack Webner
Printed Name

Sughrue Mion PLLC
Firm

2100 Pennsylvania Avenue, NW
Address

Washington, DC 20037
City, State, Zip Code

(912) 598-7998
Telephone Number

(202) 293-7860
Fax Number

mwebner@sughrue.com
Email Address

2.    The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Ohio - 1968 (Inactive) | U.S. Supreme Court - 1983 |
| Illinois - 1970 (Inactive) | U.S. Court of Appeals for the Second Circuit - 1989 |
| New Jersey - 1975 (Inactive) | U.S. Court of Appeals for the Third Circuit - 1992 |
| Virginia - 1977 (Inactive) | U.S. Court of Appeals for the Fourth Circuit - 1980 |
| District of Columbia - 1976 | U.S. Court of Appeals for the Fifth Circuit - 1980 |
| | U.S. Court of Appeals for the Sixth Circuit - 1985 |
| | U.S. Court of Appeals for the Seventh Circuit - 1983 |
| | U.S. Court of Customs and Patent Appeals - 1972 |
| | U.S. Court of Appeals for the Federal Circuit - 1982 |
| | U.S. District Court District of New Jersey - 1974 |
| | U.S. District Court Eastern District of Virginia - 1980 |
| | U.S. District Court District of Columbia - 1983 |
| | U.S. District Court Eastern District of Wisconsin - 1996 |