**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

------------------------------------- x
| |
**UNDER ARMOUR, INC.** |
| |
Plaintiff, |
| **Civil Action No.** 1:12-cv-01283-JKB
v. |
| |
**BODY ARMOR NUTRITION, LLC.** |
| |
Defendant. |
|
------------------------------------- x

## JOINT MOTION TO EXTEND THE DEADLINE TO COMPLETE DEPOSITIONS

Plaintiff Under Armour, Inc. and defendant Body Armor Nutrition, LLC hereby request that the Court extend the January 29, 2013 deadline set in the Scheduling Order to complete fact and expert depositions by one month.  The parties recently scheduled a settlement conference with Magistrate Judge Schulze for January 23, 2013.  Accordingly, under the existing schedule, the parties must substantially complete all depositions before mediation.  Considering the possibility that the parties may reach a settlement through mediation, a one-month extension would allow the parties to schedule depositions after mediation and thus potentially save significant expenses should this case settle in mediation.

The parties therefore request that the Court extend the deadline to complete fact and expert depositions and amend the Scheduling Order as detailed below:

1. The deadline for completion of fact and expert depositions shall be extended from January 29, 2013 until March 1, 2013.

2. The deadline to respond to requests for admissions shall be extended from February 5, 2013 until March 8, 2013.

3. The deadline for dispositive pretrial motions shall be extended from March 4, 2013 until April 1, 2013.

4. The parties do not anticipate this will impact any other case management deadlines associated with this case.

Dated: December 20, 2012

Respectfully submitted,

By:  /s/ Douglas A. Rettew

Douglas A. Rettew (Fed. Bar No. 29815)
(doug.rettew@finnegan.com)
Mark Sommers
(mark.sommers@finnegan.com)
Danny M. Awdeh
(danny.awdeh@finnegan.com)

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413

By:  /s/ David H. Bernstein

David H. Bernstein
(dhbernstein@debevoise.com)
Jyotin Hamid (jhamid@debevoise.com)
Yeugenia (Jane) Shvets
(jshvets@debevoise.com)
Amanda M. Bartlett
(ambartlett@debevoise.com)

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000 (tel)

(202) 408-4000 (tel)  (212) 909-6836 (fax)
(202) 408-4400 (fax)

*Attorneys for Plaintiff*
*Under Armour, Inc.*

        Donald A. Rea (Fed. Bar No. 23194)
        SAUL EWING LLP
        500 East Pratt Street, Suite 900
        Baltimore, Maryland  21202
        Tel: (410) 332-8600
        drea@saul.com

        Jeffrey R. Cohen (Fed. Bar No. 13869)
        MILLEN, WHITE, ZELANO &
        BRANIGAN, P.C.
        2200 Clarendon Blvd., Suite 1400
        Arlington, VA 22201
        Tel: (703) 243-6333
        cohen@mwzb.com

        *Attorneys for Defendants*
        *Body Armor Nutrition, LLC*

**SO ORDERED** this ___ day of December 2012.

        _____
        The Honorable James K. Bredar
        United States District Judge