**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNDER ARMOUR, INC.                      :
                                        :
                                        :
            Plaintiff,                  :
                                        :     Civil Action No. 1:12-cv-01283-JKB
      v.                                :
                                        :
BODY ARMOR NUTRITION, LLC.              :
                                        :
                                        :
            Defendant.                  :
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**JOINT MOTION TO EXTEND DEADLINES**

Plaintiff Under Armour, Inc. and defendant Body Armor Nutrition, LLC hereby respectfully request that, as set forth below, the Court extend the discovery and certain other deadlines set in the August 1, 2012 Scheduling Order, and as extended under the parties' December 20, 2012 joint motion. Due to various scheduling issues, it was not possible to depose all witnesses prior to the existing deadline. Accordingly, the parties hereby request that the Court extend deadlines as stipulated below:

1. The deadline for completion of the depositions of Dr. Joel H. Steckel and Mr. William Morris shall be extended from March 1, 2013 until March 8, 2013.

2. The deadline for the submission of status reports shall be extended from March 8, 2013 until March 22, 2013.

3. The deadline for serving responses to requests for admission that have already been served on each side shall be extended from March 8, 2013 until March 22, 2013.

4. The deadline for filing and serving dispositive motions shall be extended from April 1, 2013 until April 15, 2013.

5. The parties do not anticipate that the extensions noted above will impact any other case management deadlines associated with this case.

6. The parties note that they have disputes concerning certain additional discovery that each side seeks to take, that counsel are meeting and conferring in a good faith effort to resolve such disputes, and that certain of such disputes may be brought to the Court's attention for resolution in due course if the parties are unable to reach agreement. The parties respectively reserve their rights with respect to such disputes.

Dated: March 7, 2013

Respectfully submitted,

| | |
|---|---|
| By: _/s/ Danny M. Awdeh_ | By: _/s/ Jyotin Hamid_ |
| Douglas A. Rettew (Fed. Bar No. 29815)<br>Mark Sommers<br>Danny M. Awdeh<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001-4413<br>(202) 408-4000 (tel)<br>(202) 408-4400 (fax)<br>Email: doug.rettew@finnegan.com<br>Email: mark.sommers@finnegan.com<br>Email: danny.awdeh@finnegan.com<br><br>*Attorneys for Plaintiff*<br>*Under Armour, Inc.* | David H. Bernstein<br>Jyotin Hamid<br>Yeugenia (Jane) Shvets<br>Amanda M. Bartlett<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>(212) 909-6000 (tel)<br>(212) 909-6836 (fax)<br>Email: dhbernstein@debevoise.com<br>Email: jhamid@debevoise.com<br>Email: jshvets@debevoise.com<br>Email: ambartlett@debevoise.com<br><br>Donald A. Rea (Fed. Bar No. 23194)<br>SAUL EWING LLP<br>500 East Pratt Street, Suite 900<br>Baltimore, Maryland  21202<br>Tel: (410) 332-8600<br>drea@saul.com<br><br>Jeffrey R. Cohen (Fed. Bar No. 13869)<br>MILLEN, WHITE, ZELANO &<br>BRANIGAN, P.C.<br>2200 Clarendon Blvd., Suite 1400<br>Arlington, VA 22201<br>Tel: (703) 243-6333<br>cohen@mwzb.com<br><br>*Attorneys for Defendants*<br>*Body Armor Nutrition, LLC* |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: March __, 2013

                                                                                                                        _____
The Honorable James K. Bredar
United States District Judge