## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| **UNDER ARMOUR, INC.** | |
| Plaintiff, | |
| v. | **Civil Action No.** 1:12-cv-01283-JKB |
| **BODY ARMOR NUTRITION, LLC.** | |
| Defendant. | |

### JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order of August 1, 2012 and Order Extending Discovery Deadlines of March 8, 2013, the Parties submit this Joint Status Report.

1. As of the date of this Status Report, document discovery has been completed. As of the date of this Report, the Parties have scheduled, but have not yet completed, two fact depositions. Although the deadline for the completion of all depositions was set by the Court for March 8, 2013, the Parties have agreed to work in good faith to complete the outstanding depositions by April 2, 2013 and expect to do so.

2. While there are no motions currently pending, the Parties have consented to the amendment of each Party's respective claims/counterclaims. Accordingly, the Parties will soon file consent motions seeking leave to file amended claims/counterclaims.

3. Both Parties intend to cross-move for partial summary judgment.

4. Plaintiff Under Armour has requested a jury trial. The Parties anticipate that the trial would last approximately 7 to 10 days.

5. Pursuant to the Settlement Conference Order of Magistrate Judge Schulze dated December 14, 2012, the Parties met at 10am on January 23, 2013 in Judge Schulze's chambers in Greenbelt, Maryland in a good-faith attempt to settle this matter. Plaintiff Under Armour was represented by Kevin Haley, Senior Vice President for Innovation, Kevin Culley, Director of Innovation, Cynthia Raposo, Vice President, Legal, William J. Morris, III, Trademark Counsel, and its outside counsel, Doug Rettew and Mark Sommers, of Finnegan Henderson. Defendant Body Armor was represented by Lance Collins, Founder & CEO, Michael Repole, Chairman, and its outside counsel, David H. Bernstein and Jyotin Hamid, of Debevoise & Plimpton LLP.

6. Parties believe it could be helpful to engage a private mediator in an attempt to settle the dispute. The Parties are currently engaging in discussions regarding this issue.

7. Parties do not consent to have a U.S. Magistrate Judge conduct further proceedings in this case.

Dated: March 22, 2013

Respectfully submitted,

By: /s/Douglas A. Rettew

Douglas A. Rettew (Fed. Bar No. 29815)
(doug.rettew@finnegan.com)
Mark Sommers
(mark.sommers@finnegan.com)
Danny M. Awdeh
(danny.awdeh@finnegan.com)

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000 (tel)
(202) 408-4400 (fax)

*Attorneys for Plaintiff*
*Under Armour, Inc.*

By: /s/Yeugenia Shvets

David H. Bernstein
(dhbernstein@debevoise.com)
Jyotin Hamid (jhamid@debevoise.com)
Yeugenia (Jane) Shvets
(jshvets@debevoise.com)
Amanda M. Bartlett
(ambartlett@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000 (tel)
(212) 909-6836 (fax)

Donald A. Rea (Fed. Bar No. 23194)
SAUL EWING LLP
500 East Pratt Street, Suite 900
Baltimore, Maryland  21202
Tel: (410) 332-8600
drea@saul.com

Jeffrey R. Cohen (Fed. Bar No. 13869)
MILLEN, WHITE, ZELANO &
BRANIGAN, P.C.
2200 Clarendon Blvd., Suite 1400
Arlington, VA 22201
Tel: (703) 243-6333
cohen@mwzb.com

*Attorneys for Defendants*
*Body Armor Nutrition, LLC*

## CERTIFICATE OF SERVICE

I, Douglas A. Rettew, hereby certify that on March 22, 2013, a copy of the foregoing Joint Status Report was served on all counsel-of-record using the Court's CM/ECF system.

/s/Douglas A. Rettew