IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNDER ARMOUR, INC.                           :
                                             :
                                             :
              Plaintiff,                     :
                                             :    Civil Action No. 1:12-cv-01283-JKB
         v.                                  :
                                             :
BODY ARMOR NUTRITION, LLC.                   :
                                             :
                                             :
              Defendant.                     :
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### JOINT MOTION TO EXTEND DEADLINE FOR FILING AND SERVING DISPOSITIVE MOTIONS

Plaintiff Under Armour, Inc. and defendant Body Armor Nutrition, LLC hereby respectfully request that, as set forth below, the Court extend the deadline for the filing and serving of dispositive motions set in the Court's March 8, 2013 Order from April 15, 2013 to May 15, 2013.

The parties intend to file consent motions seeking leave to file amended Complaint and Answer to add claims and counterclaims to the parties' respective pleadings. Because the parties may seek to file dispositive motions in connection with such additional claims or counterclaims, the parties hereby request that the Court extend the deadline for dispositive motions to May 15, 2013. The parties do not anticipate that the extension will impact any other case management deadlines associated with this case.

Dated: March 27, 2013

Respectfully submitted,

| | |
|---|---|
| By:  /s/ Danny M. Awdeh | By:  /s/ David H. Bernstein |
| Douglas A. Rettew (Fed. Bar No. 29815)<br>Mark Sommers<br>Danny M. Awdeh<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001-4413<br>(202) 408-4000 (tel)<br>(202) 408-4400 (fax)<br>Email: doug.rettew@finnegan.com<br>Email: mark.sommers@finnegan.com<br>Email: danny.awdeh@finnegan.com<br><br>*Attorneys for Plaintiff*<br>*Under Armour, Inc.* | David H. Bernstein<br>Jyotin Hamid<br>Yeugenia (Jane) Shvets<br>Amanda M. Bartlett<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>(212) 909-6000 (tel)<br>(212) 909-6836 (fax)<br>Email: dhbernstein@debevoise.com<br>Email: jhamid@debevoise.com<br>Email: jshvets@debevoise.com<br>Email: ambartlett@debevoise.com<br><br>Donald A. Rea (Fed. Bar No. 23194)<br>SAUL EWING LLP<br>500 East Pratt Street, Suite 900<br>Baltimore, Maryland  21202<br>Tel: (410) 332-8600<br>drea@saul.com<br><br>Jeffrey R. Cohen (Fed. Bar No. 13869)<br>MILLEN, WHITE, ZELANO &<br>BRANIGAN, P.C.<br>2200 Clarendon Blvd., Suite 1400<br>Arlington, VA 22201<br>Tel: (703) 243-6333<br>cohen@mwzb.com<br><br>*Attorneys for Defendants*<br>*Body Armor Nutrition, LLC* |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: _____, 2013

                                                                           _____
                                                                           The Honorable James K. Bredar
                                                                           United States District Judge