IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

---------------------------------- x
UNDER ARMOUR, INC.                 :
                                   :
                                   :
         Plaintiff,                :
                                   :   Civil Action No. 1:12-cv-01283-JKB
v.                                 :
                                   :
BODY ARMOR NUTRITION, LLC.         :
                                   :
                                   :
         Defendant.                :
                                   :
---------------------------------- x

## JOINT MOTION TO EXTEND DEADLINE FOR FILING AND SERVING DISPOSITIVE MOTIONS

Plaintiff Under Armour, Inc. and defendant Body Armor Nutrition, LLC hereby respectfully request that, as set forth below, the Court extend the deadline for the filing and serving of dispositive motions set in the Court's March 8, 2013 Order from April 15, 2013 to May 15, 2013.

The parties intend to file consent motions seeking leave to file amended Complaint and Answer to add claims and counterclaims to the parties' respective pleadings. Because the parties may seek to file dispositive motions in connection with such additional claims or counterclaims, the parties hereby request that the Court extend the deadline for dispositive motions to May 15, 2013. The parties do not anticipate that the extension will impact any other case management deadlines associated with this case.

Dated: March 27, 2013

Respectfully submitted,

By: /s/ Danny M. Awdeh

Douglas A. Rettew (Fed. Bar No. 29815)
Mark Sommers
Danny M. Awdeh
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000 (tel)
(202) 408-4400 (fax)
Email: doug.rettew@finnegan.com
Email: mark.sommers@finnegan.com
Email: danny.awdeh@finnegan.com

*Attorneys for Plaintiff*
*Under Armour, Inc.*

By: /s/ David H. Bernstein

David H. Bernstein
Jyotin Hamid
Yeugenia (Jane) Shvets
Amanda M. Bartlett
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000 (tel)
(212) 909-6836 (fax)
Email: dhbernstein@debevoise.com
Email: jhamid@debevoise.com
Email: jshvets@debevoise.com
Email: ambartlett@debevoise.com

Donald A. Rea (Fed. Bar No. 23194)
SAUL EWING LLP
500 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Tel: (410) 332-8600
drea@saul.com

Jeffrey R. Cohen (Fed. Bar No. 13869)
MILLEN, WHITE, ZELANO &
BRANIGAN, P.C.
2200 Clarendon Blvd., Suite 1400
Arlington, VA 22201
Tel: (703) 243-6333
cohen@mwzb.com

*Attorneys for Defendants*
*Body Armor Nutrition, LLC*

2

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: March 28, 2013

The Honorable James K. Bredar
United States District Judge