IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

UNDER ARMOUR, INC.                          :

      Plaintiff,                         :

                                :    1:12-cv-01283-JKB

vs.                                          :

                                :    ECF Case

BODY ARMOR NUTRITION, LLC             :

                                :    Hon. James K. Bredar

      Defendant.                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

_Granted_

_4/17/13_

## MOTION TO WITHDRAW APPEARANCE

Counsel for Defendant, Body Armor Nutrition, LLC hereby requests that the Court

approve the motion for withdrawal of the appearance of Marta Castaing, Debevoise &

Plimpton LLP as counsel for Defendant in the above-captioned matter.

The undersigned counsel hereby certifies that Ms. Castaing is no longer employed by

the firm of Debevoise & Plimpton LLP, that Defendant has been notified of Ms. Castaing's

withdrawal and does not object, and that this motion is filed on consent of Plaintiff.

Dated: April 17, 2013
       New York, NY

                                  BODY ARMOR NUTRITION, LLC

                                  David H. Bernstein (dhbernstein@debevoise.com)
                                  Jane Shvets (jshvets@debevoise.com)
                                  Amanda M. Bartlett (ambartlett@debevoise.com)
                                  Jared I. Kagan (jikagan@debevoise.com)
                                    DEBEVOISE & PLIMPTON LLP
                                  919 Third Avenue
                                  New York, New York  10022
                                  (212) 909-6000 (tel)
                                  (212) 909-6836 (fax)