**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**UNDER ARMOUR, INC.,**

          Plaintiff,

vs.

**BODY ARMOR NUTRITION, LLC,**

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Civil Action No. 1:12-cv-01283-JKB

**ECF Case**

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the parties' December 20, 2013 settlement agreement and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate and agree to dismiss all claims and counterclaims in this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Dated: December 23, 2013

Respectfully submitted,

By: /s/ Douglas A. Rettew

Douglas A. Rettew (Fed. Bar No. 29815)
Mark Sommers
Danny M. Awdeh
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000 (tel)
(202) 408-4400 (fax)
Email: doug.rettew@finnegan.com
Email: mark.sommers@finnegan.com
Email: danny.awdeh@finnegan.com

*Attorneys for Plaintiff
Under Armour, Inc.*

By: /s/ David H. Bernstein

David H. Bernstein
Jyotin Hamid
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000 (tel)
(212) 909-6836 (fax)
Email: dhbernstein@debevoise.com
Email: jhamid@debevoise.com

-2-

                Donald A. Rea (Fed. Bar No. 23194)
SAUL EWING LLP
500 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Tel: (410) 332-8600
drea@saul.com

Jeffrey R. Cohen (Fed. Bar No. 13869)
MILLEN, WHITE, ZELANO &
BRANIGAN, P.C.
2200 Clarendon Blvd., Suite 1400
Arlington, VA 22201
Tel: (703) 243-6333
cohen@mwzb.com

*Attorneys for Defendants*
*Body Armor Nutrition, LLC*

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: _____, 2013

_____
The Honorable James K. Bredar
United States District Judge